IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DESIRAE LANTRY, individually, and on behalf of all others similarly situated, )<br><br>  *Plaintiff,*<br><br>v.<br><br>CLIENT SERVICES, INC.<br><br>  *Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CASE NO. 4:18-cv-01694-RWS<br><br>MOTION FOR EXTENSION OF DEADLINES |

**DEFENDANT CLIENT SERVICES, INC.'S CONSENT MOTION FOR EXTENSION OF DEADLINES FOR BRIEFING MOTION FOR JUDGMENT ON THE PLEADINGS, RESPONSE, AND REPLY**

With the consent of Plaintiff's counsel, Defendant Client Services, Inc. ("CSI") files its Motion for extension of deadlines and requests the following:

1. The February 22, 2019 deadline for Defendant to file a Motion for Judgment on the Pleadings be extended to February 27, 2019;

2. The deadline for Plaintiff's response to the Motion for Judgment on the Pleadings be extended five days to March 27, 2019;

3. Defendant's reply to Plaintiff's response to Motion for Judgment on the Pleadings be extended to April 8, 2019.

4. Undersigned counsel is reviewing additional authorities and finalizing briefing of its motion.

5. This motion, and the relief requested, is consented to by Plaintiff's counsel.

WHEREFORE, Defendant Client Services, Inc. respectfully requests extensions to the deadlines set in the Court's January 23, 2019 scheduling order as set forth above.

Dated: February 22, 2019

                                         Respectfully submitted,

                                       /s/ PATRICK A. WATTS
                                       Patrick A. Watts
                                       State Bar No. 61701
                                       Watts Law Group LLC
                                       212 South Bemiston Ave, Suite 200
                                       St. Louis, Missouri 63105
                                       pwatts@swattslaw.com
                                       *COUNSEL FOR Defendant*

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the above and foregoing has been electronically filed **via CM/ECF,** which will automatically send email notification of such filing to the following known counsel of record on this February 22, 2019, to:

**James Constantine Vlahakis**
**Marwan Rocco Daher**
SULAIMAN LAW GROUP, LTD.
2500 S. Highland Ave., Suite 200
Lombard, IL 60148
630-575-8181
Fax: 630-575-8188
jvlahakis@sulaimanlaw.com
mdaher@sulaimanlaw.com


                                       */s/ Patrick A. Watts*
                                       Patrick A. Watts