UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DESIRAE LANTRY, individually, and on behalf of all others similarly situated | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) )   Case No. 4:18 CV 1694 RWS |
| CLIENT SERVICES, INC. | ) ) ) |
| Defendant. | ) |

## JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that**

Defendant Client Services, Inc. shall have judgment on the pleadings in this matter and that the claims of Plaintiff Desirae Lantry are **DISMISSED** without prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 6th day of August, 2019.